**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 0:26-cv-61292-LEIBOWITZ**

**JORGE S. PINZON and**
**ANA P. PINZON,**

*Plaintiffs,*

*v.*

**MARKWAYNE MULLIN,** ***et al.***,

*Defendants.*

_________________________________/

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL**

**THIS CAUSE** is before the Court on Plaintiffs' Notice of Voluntary Dismissal [ECF No. 32], filed September 8, 2026. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *without prejudice*. The ***Clerk of Court*** is **DIRECTED** to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on September 10, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record